An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALQUANDRE TURNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66911

**FILED**

JUN 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a pro se appeal from an amended judgment of conviction.[1]   Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

On October 21, 2014, the district court amended the judgment to correct a clerical error in the parole eligibility term of count 5 and to provide appellant with 154 days of credit for time served.  Appellant filed a pro se notice of appeal from the amended judgment of conviction.[2]  Having reviewed the record on appeal, we conclude that the district court

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]Appellant filed a notice of notice of appeal from the purported denial of his motion to amend the judgment of conviction.  The denial of a motion to amend the judgment of conviction is not an appealable decision. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-17710

correctly amended the judgment of conviction. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jessie Elizabeth Walsh, District Judge
       Alquandre Turner
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk